

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DANIEL RONQUILLE and<br>CHRIS RONQUILLE | * <br> * <br> * | CIVIL ACTION <br><br> NO. 00-0175 |
| VERSUS | * <br> * | <br> SECTION J |
| SCHLUMBERGER TECHNOLOGY<br>CORPORATION F/K/A<br>GECO PRAKLA, INC. | * <br> * <br> * <br> * | <br> MAGISTRATE 4 |

* * * * * * * * * * * *

## MOTION TO ENTER CONSENT ORDER
## REGARDING MOTION TO COMPEL

**NOW INTO COURT**, through undersigned counsel, come plaintiffs, Daniel Ronquille and Chris Ronquille, and defendant, Schlumberger Technology Corporation, and upon suggesting to this Honorable Court that plaintiffs have filed a motion to compel responses to outstanding interrogatories and request for production of documents which is currently scheduled for hearing on November 1, 2000, that counsel for the parties have conferred and have agreed to the entry of the order set forth below to resolve this dispute, it is respectfully requested that the Court enter the order hereinbelow set forth.

### ORDER

**WHEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the defendant, Schlumberger Technology Corporation shall supply responses to the aforesaid outstanding written discovery on or before November 6, 2000.

DATE OF ENTRY
OCT 3 1 2000

New Orleans, Louisiana, this _25th_ day of October, 2000.

_____
UNITED STATES MAGISTRATE

Respectfully Submitted,

WINDHORST, GAUDRY, RANSON,
 HIGGINS & GREMILLION, L.L.C.

_____
MR. DARYL A. HIGGINS (6868)
401 Whitney Avenue, Suite 500
Gretna, LA 70056

Attorneys for Daniel Ronquille
 and Chris Ronquille

SILBERT & GARON, L.L.P.

_____
SCOTT E. SILBERT (12068)
909 Poydras Street, Suite 2130
New Orleans, LA 70112
Telephone: 504-581-6200

Attorneys for Schlumberger Technology
 Corporation

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon all counsel of record by placing same in the U.S. Mail, postage pre-paid this _25_ day of October, 2000.

_____