

MINUTE ENTRY
ROBY, M.J.
October 30, 2000

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DANIEL RONQUILLE, ET AL. | CIVIL ACTION |
| VERSUS | NO:   00-0175 |
| SCHLUMBERGER TECHNOLOGY CORP., ET AL. | SECTION: "J" (4) |

On October 6, 2000, the plaintiffs, Daniel and Chris Ronquille ("plaintiffs") filed a **Motion to Compel Discovery (doc. #14)** against the defendant, Schlumberger Technology Corporation ("defendant"), contending that the defendant has failed to respond to their Interrogatories and Requests for Production of Documents.

The plaintiffs' motion is set for hearing on November 1, 2000. However, on October 26, 2000, the parties filed a Motion to Enter Consent Order Regarding Motion to Compel, which the Court granted on October 27, 2000.

Accordingly,

**IT IS THEREFORE ORDERED** that the plaintiffs' **Motion to Compel Discovery (doc. #14)** against the defendant, Schlumberger Technology Corporation is hereby **DENIED AS MOOT**.

_____
KAREN WELLS ROBY
UNITED STATES MAGISTRATE JUDGE

DATE OF ENTRY
OCT 3 1 2000