FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 JAN 12 PM 2: 31

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DANIEL RONQUILLE and<br>CHRIS RONQUILLE | * <br> * <br> * | CIVIL NUMBER: 00-0175<br><br>SECTION "J" |
| VERSUS | * <br> * | |
| SCHLUMBERGER TECHNOLOGY<br>CORPORATION F/K/A GECO PRAKLA, INC. | * <br> * | MAGISTRATE: 4 |

**************************************************************

### PLAINTIFFS' WITNESS AND EXHIBIT LIST

NOW INTO COURT, through undersigned counsel, come plaintiffs, Daniel Ronquille and Chris Ronquille, who pursuant to the order of this Honorable Court submit the following witness and exhibit list:

### PLAINTIFFS' WITNESS LIST:

1.  Daniel Ronquille

2.  Chris Ronquille

3.  Michael Perrin

4.  Michael LeBlanc

5.  Scott Faulk

6.  Chris Enclade

___Fee___
___Process___
_X_ Dktd___
___CtRmDep___
Doc.No.___

7. Andrew Perrin

8. Stephen Upshaw

9. Scott Hebert

10. Birdie Pelegrin

11. Damon Gonsoda

12. Joshua W. Thomas

13. Claire Roger

14. G. Randolph Rice, Ph.D.

15. David Fuselier

16. Dr. Walter Traux;

17. Dr. Matthew Grimm;

18. Dr. Anthony Lanasa;

19. Dr. John Steck;

20. Dr. Michael McSween;

21. Dr. Jeanette Salone;

22. Sandra Ronquille;

23. A corporate representative of Schlumberger Technology Corporation f/k/a Geco Prakla, Inc.;

24. Any witness listed by any other party.

## PLAINTIFFS' EXHIBIT LIST

1. Boarding Report of U.S. Coast Guard;

2. Map of Dutch Island;

2

3. Medical Records:

    a. Dr. Michael McSween;
    b. Dr. Matthew Grimm;
    c. Dr. Anthony LaNasa;
    d. West Jefferson Health Center's Physical Therapy Record;
    e. Dr. John Steck;
    f. Westbank Imaging Center - studies of EMG and Myelogram
    g. Records - Westside Orthopaedic Clinic;
    h. Records - Ochsner Clinic;
    i. Records - Touro Hospital;
    j. Records - Culicchia Neurological Clinic;
    k. ARM Physical Therapy Services, Inc.

4. Cap Wire and/or photograph of same;

5. Contract - Mike Perrin Geco-Prakla/Schlumberger;

6. Tax Returns of 1995, 1996, 1997, 1998, 1999;

7. Schlumberger Technology Corporation - seismic testing permit #98-11;

8. Interrogatory Response of Defendants, Schlumberger Technology Corporation f/k/a Geco Prakla, Inc.;

9. All documents produced by defendants pursuant to Plaintiff's Request for Production of Documents;

10. Deposition testimony of any witness determined unavailable;

11. Photographs of plaintiff's boat;

12. Any exhibits attached to any deposition;

13. Any exhibit listed by any other party.

3

RESPECTFULLY SUBMITTED:

**WINDHORST, GAUDRY, RANSON,
HIGGINS & GREMILLION, L.L.C.**

_____
DARYL A. HIGGINS (#6868)
OAKWOOD CORPORATE CENTER
401 Whitney Avenue, Suite 500
Gretna, Louisiana 70056
P.O. Box 1910
Gretna, Louisiana 70054-1910
Telephone (504)362-2466
Attorney for plaintiff, Daniel Ronquille and
Chris Ronquille

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been forwarded to all counsel of record by depositing same in the United States mail, properly addressed and postage prepaid, this 12 Day of Jan _____, 2001.

_____
Daryl A. Higgins

G:\2475\0001\pleadings\exhiibit witness.list.wpd

4