FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 JAN 12 PM 2:31
JAN 1 2 2001
LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DANIEL RONQUILLE and<br>CHRIS RONQUILLE | * <br> * <br> * | CIVIL NUMBER: 00-0175 <br><br> SECTION "J" |
| VERSUS | * <br> * | |
| SCHLUMBERGER TECHNOLOGY<br>CORPORATION F/K/A GECO PRAKLA, INC. | * <br> * | MAGISTRATE: 4 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### MOTION TO CONTINUE TRIAL

Plaintiffs, Daniel Ronquille and Chris Ronquille, through undersigned counsel, respectfully move this Court to continue the April 9, 2001 trial, on the following grounds:

I.

The undersigned plaintiffs' counsel only recently discovered that his spouse had scheduled a seven day family vacation cruise scheduled to depart from Florida on April 7, 2001.

II.

The undersigned had not learned of the exact dates of said vacation until the beginning of January, 2001 when counsel and his spouse compared calendars for the new year.

DATE OF ENTRY
JAN 1 9 2001

1

Fee
Process
X Dktd
CtRmDep
Doc.No.

III.

As a practical matter, said family vacation plans cannot be rescheduled inasmuch as there are over thirty family members and friends who have already committed and made advanced payments for the booking of said cruise.

IV.

Upon immediate knowledge of said conflict, defense counsel was notified and has no objection to a trial continuance.

V.

Undersigned counsel for plaintiffs and counsel for defendants certify that they have discussed said request for continuance with their respective clients and have not objected to said continuance.

For the foregoing reasons, plaintiffs respectfully move that the trial date of April 9, 2001 be continued to be refixed by this Honorable Court.

RESPECTFULLY SUBMITTED:

**WINDHORST, GAUDRY, RANSON, HIGGINS & GREMILLION, L.L.C.**

_____
DARYL A. HIGGINS (#6868)
OAKWOOD CORPORATE CENTER
401 Whitney Avenue, Suite 500
Gretna, Louisiana 70056
P.O. Box 1910
Gretna, Louisiana 70054-1910
Telephone (504)362-2466
Attorney for plaintiffs, Daniel Ronquille and Chris Ronquille

2

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been forwarded to all counsel of record by depositing same in the United States mail, properly addressed and postage prepaid, this _11_ Day of _JAN_____, 2001.

_____
Daryl A. Higgins

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DANIEL RONQUILLE and<br>CHRIS RONQUILLE | * <br> * <br> * | CIVIL NUMBER: 00-0175 <br><br> SECTION "J" |
| VERSUS | * <br> * | |
| SCHLUMBERGER TECHNOLOGY<br>CORPORATION F/K/A GECO PRAKLA, INC. | * <br> * | MAGISTRATE: 4 |

### ORDER

IT IS ORDERED that ~~the trial of April 9, 2001, and the pretrial scheduled for March 15, 2001, be and are hereby continued to be rescheduled at~~ a telephone status conference to be conducted on the 29th day of January 2001, at 9:30 O'clock A.m.

New Orleans, Louisiana, this 16th day of January, 2001.

_____
JUDGE

G:\2475\0001\pleadings\continue.motion.wpd