

MINUTE ENTRY
BARBIER, J.
JANUARY 29, 2001

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DANIEL RONQUILLE, ET AL.                CIVIL ACTION

VERSUS                                  NO: 00-175

SCHLUMBERGER TECHNOLOGY CORP.           SECTION: "J"(4)


On this date the Court conducted a telephone status conference to discuss Plaintiffs' motion to continue trial. The following counsel were in attendance: Daryl Higgins for Plaintiffs and Scott Silbert for Defendant. The Court concurred with the parties' contention that trial in this matter should be continued. The parties also advised the Court that trial in this matter will proceed before the bench (pursuant to Rule 9(h)) notwithstanding the docket sheet designation indicating a jury

DATE OF ENTRY
JAN 3 0 2001

Fee____
Process____
X Dktd____
_ CtRmDep
Doc.No.____

demand by Plaintiffs, and last about two days.  Accordingly,

**IT IS ORDERED** that the non-jury trial currently set for April 9, 2001, is **CONTINUED** to [the week of] **June 18, 2001, at 8:00 a.m.**;

**IT IS FURTHER ORDERED** that the pre-trial conference currently set for March 15, 2001, at 11:00 a.m. is **RE-SET** for **May 31, 2001, at 3:30 p.m.**

* * * * * * * * *

