

```
                    FILED
              U.S. DISTRICT COURT
           EASTERN DISTRICT OF LA

              2001 APR 20 PM 3: 14

              LORETTA G. WHYTE
                     CLERK
```

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DANIEL RONQUILLE and | * | CIVIL ACTION |
| CHRIS RONQUILLE | * | |
| | * | NO. 00-0175 |
| VERSUS | * | |
| | * | SECTION J |
| SCHLUMBERGER TECHNOLOGY | * | |
| CORPORATION F/K/A | * | MAGISTRATE 4 |
| GECO PRAKLA, INC. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

### JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER

**NOW INTO COURT**, through undersigned counsel, come plaintiffs, Daniel Ronquille and Chris Ronquille and defendant, Schlumberger Technology Corporation, and upon suggesting to this Honorable Court that plaintiffs have requested certain documents containing sensitive proprietary information which documents were generated by defendant, that the parties have worked out a confidentiality agreement in order to protect defendant's

expressed concerns regarding the protection of this sensitive information and the parties, therefore, respectfully request that the Court grant the attached protective order.

Respectfully Submitted,

_____
DARYL A. HIGGINS (#6868)
Windhorst, Gaudry, Ranson,
  Higgins & Gremillion, L.L.C.
401 Whitney Avenue, Suite 500
Gretna, LA 70056
Telephone (504) 362-2466

Attorneys for Plaintiffs

_____
SCOTT E. SILBERT (12068)
Silbert & Garon, L.L.P.
909 Poydras Street, Suite 2130
New Orleans, LA 70112
Telephone: 504-581-6200

Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon all counsel of record by placing same in the U.S. Mail, postage pre-paid this 19th day of April, 2001.

_____