```
                                                    FILED
                                              U.S. DISTRICT COURT
                                            EASTERN DISTRICT OF LA

                                              2001 APR 23  AM 11: 37

                                                LORETTA G. WHYTE
                                                     CLERK
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DANIEL RONQUILLE and | * | CIVIL ACTION |
| CHRIS RONQUILLE | * | |
| | * | NO. 00-0175 |
| VERSUS | * | |
| | * | SECTION J |
| SCHLUMBERGER TECHNOLOGY | * | |
| CORPORATION F/K/A | * | MAGISTRATE 4 |
| GECO PRAKLA, INC. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## PROTECTIVE ORDER

Considering the joint motion filed by the parties, the Court makes the following order with regard to the work files, seismic data, graphs and charts of Schlumberger Technology Corporation:

**IT IS HEREBY ORDERED**:

1. That the documents delivered to plaintiffs' counsel will not be photocopied or reproduced in any other fashion without the prior written consent of Schlumberger Technology Corporation; the recipient of any photocopy will be governed by this Protective Order.

2. The materials produced to plaintiffs' counsel can be shown to the plaintiffs but the plaintiffs, themselves, will not be provided with a copy of the documents.

DATE OF ENTRY
APR 2 3 2001

1

3.  The materials covered by this Protective Order will not be shown nor will their contents be discussed with any non-party witness other than an expert witness; if plaintiffs' counsel determines that it is necessary to show the documents or discuss their contents with any fact witness, prior written consent from defense counsel or an Order from the Court will be required in order to deviate from this Order.

4.  Any materials produced by defendant under the terms of this Protective Order which are offered into evidence will be placed under seal.

5.  Upon conclusion of this case, all materials produced under the terms of this Order will be returned to defense counsel, including any copies made of same.

**THUS DONE AND SIGNED** at New Orleans, Louisiana, this _20th_ day of _April_, 2001.

_____
UNITED STATES DISTRICT COURT JUDGE