

```
MINUTE ENTRY
BARBIER, J.
APRIL 23, 2001
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DANIEL RONQUILLE, ET AL.                    CIVIL ACTION

VERSUS                                      NO: 00-175

SCHLUMBERGER TECHNOLOGY CORP.               SECTION: "J"(4)

On this date the Court conducted a telephone status conference to discuss Plaintiffs' motion to continue trial. The following counsel were in attendance: Daryl Higgins for Plaintiffs and Scott Silbert for Defendant. The conference was scheduled after counsel contacted the Court seeking authorization to cancel the settlement conference set before the magistrate judge. Counsel were heard as to why a settlement conference would be futile in this case. Based upon counsel's

```
DATE OF ENTRY
APR 2 4 2001
```

representation that there is no possibility for settlement in this case, the Court agreed that the settlement conference should be cancelled. Accordingly;

**IT IS ORDERED** that the settlement conference set for April 24, 2001, before United States Magistrate Judge Karen Wells Roby should be and is hereby **CANCELLED**.

* * * * * * *