

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DANIEL RONQUILLE and | * | CIVIL ACTION |
| CHRIS RONQUILLE | * | |
| | * | NO. 00-0175 |
| VERSUS | * | |
| | * | SECTION J |
| SCHLUMBERGER TECHNOLOGY | * | |
| CORPORATION F/K/A/ | * | MAGISTRATE 4 |
| GECO PRAKLA, INC. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### WITNESS AND EXHIBIT LIST ON BEHALF OF
### SCHLUMBERGER TECHNOLOGY CORPORATION

**NOW INTO COURT,** through undersigned counsel, comes defendant, Schlumberger Technology Corporation, and submits the following list of witnesses and exhibits:

### WITNESSES

1. Dr. John Steck;

2. Dr. Anthony LaNasa;

3. Dr. Michael McSween;

4. Dr. Walter Truax;

5.  Dr. Elie Lao;

6.  Dr. Matthew Grimm;

7.  Andrew Perrin;

8.  Michael Perrin;

9.  Daniel Ronquille on cross-examination;

10. Chris Ronquille on cross-examination;

11. Andrew Martin, by deposition;

12. A representative of Schlumberger Technology Corporation to testify regarding dynamite storage/detonation practices on the job in question;

13. Keith Rosindell; and,

14. Any witness sought to be called by plaintiffs

## EXHIBIT LIST

1.  U.S. Coast Guard boarding report;

2.  Map of Dutch Island;

3.  Exhibits to depositions of Daniel Ronquille and Chris Ronquille;

4.  An exemplar detonator and seismic charge container;

5.  Exemplar detonator wire;

6.  Schlumberger documents produced in response to plaintiff's request for production of documents;

7.  Criminal records of Daniel Ronquille;

8.  Criminal records of Michael Perrin;

9. Documents produced by the United States Coast Guard in response to the Freedom of Information Act request submitted by defendant;

10. Deposition of Andrew Martin;

11. Tax returns of Chris' Seafood for 1998, 1999 and 2000; and,

12. Any exhibit listed or sought to be introduced by plaintiffs.

                                      Respectfully Submitted,

                                      SILBERT & GARON, L.L.P.

                                      SCOTT E. SILBERT (12068)
                                      909 Poydras Street, Suite 2130
                                      New Orleans, LA 70112
                                      Telephone: 504-581-6200

                                      Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon all counsel of record by placing same in the U.S. Mail, postage pre-paid this 15th day of May, 2001.