

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DANIEL RONQUILLE and | * | CIVIL ACTION |
| CHRIS RONQUILLE | * | |
| | * | NO. 00-0175 |
| VERSUS | * | |
| | * | SECTION J |
| SCHLUMBERGER TECHNOLOGY | * | |
| CORPORATION F/K/A/ | * | MAGISTRATE 4 |
| GECO PRAKLA, INC. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

### SUPPLEMENTAL WITNESS LIST ON BEHALF OF
### SCHLUMBERGER TECHNOLOGY CORPORATION

**NOW INTO COURT,** through undersigned counsel, comes defendant, Schlumberger Technology Corporation, and supplements its original witness list by adding the following witnesses:

1. Steve LeFave or another representative of the U.S. Coast Guard to testify regarding the use of "boarding reports," the meaning of "boarding" within the ambit of a boarding report, the documents produced by the U.S. Coast Guard in conjunction with the Freedom of Information Act request previously submitted by defendant and related topics.



2. Simon Stockwell, an employee of Schlumberger Technology Corporation will be called to testify regarding the topics identified in plaintiffs' request for admissions and corporate deposition notice recently served upon defendant.

Respectfully Submitted,

SILBERT & GARON, L.L.P.

_____
SCOTT E. SILBERT (12068)
909 Poydras Street, Suite 2130
New Orleans, LA 70112
Telephone: 504-581-6200

Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon all counsel of record by placing same in the U.S. Mail, postage pre-paid this 15th day of May, 2001.

_____