```
FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 MAY 25  PM 4:07
       MAY 2 5 2001
    LORETTA G. WHYTE
          CLERK
```

MINUTE ENTRY
BARBIER, J.
MAY 24, 2001

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DANIEL RONQUILLE, ET AL. | CIVIL ACTION |
| VERSUS | NO: 00-175 |
| SCHLUMBERGER TECHNOLOGY CORPORATION | SECTION: "J"(4) |

**IT IS ORDERED** that the final pre-trial conference currently set for Thursday, May 31, 2001, at 3:30 p.m. is **RE-SET** for <u>**that same day at 2:30 p.m.**</u>

\* \* \* \* \*

DATE OF ENTRY
MAY 2 9 2001