FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 JUN -1 AM 11: 16

LORETTA G. WHYTE
CLERK

MINUTE ENTRY
BARBIER, J.
MAY 31, 2001

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DANIEL RONQUILLE, ET AL.                          CIVIL ACTION

VERSUS                                             NO: 00-175

SCHLUMBERGER TECHNOLOGY CORP.                     SECTION: "J"(4)

On this date the Court conducted a pre-trial conference with the following counsel in attendance: Daryl Higgins for Plaintiffs and Scott Silbert for Defendant. At the conference the parties apprised the Court of late-arising issues that merit investigation prior to trial. At the parties' suggestion, the Court agreed to continue the trial date in light of these new issues.

Accordingly;

DATE OF ENTRY
JUN - 1 2001

**IT IS ORDERED** that the non-jury trial in this matter is **CONTINUED** to <u>**Thursday, October 18, 2001, at 8:00 a.m.**</u>;

**IT IS FURTHER ORDERED** that the final pre-trial conference is **SET** for <u>**Thursday, September 20, 2001, at 4:00 p.m.**</u>

\* \* \* \* \* \* \*

*[signature]*