```
         FILED
     U.S. DISTRICT COURT
    EASTERN DISTRICT OF LA

    2001 JUL 19  PM 1:45

     LORETTA G. WHYTE
           CLERK
```

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DANIEL RONQUILLE and | * | CIVIL ACTION |
| CHRIS RONQUILLE | * | |
| | * | NO. 00-0175 |
| VERSUS | * | |
| | * | SECTION J |
| SCHLUMBERGER TECHNOLOGY | * | |
| CORPORATION F/KA/ | * | MAGISTRATE 4 |
| GECO PRAKLA, INC. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

### OFFER OF JUDGMENT

TO:  Daniel Ronquille,
     through his attorney of record,
     Mr. Daryl A. Higgins
     Windhorst, Gaudry, Ranson,
       Higgins & Gremillion, L.L.C.
     401 Whitney Avenue, Suite 500
     Gretna, LA 70056

**NOW INTO COURT**, comes defendant, Schlumberger Technology Corporation, who pursuant to Rule 68 hereby offers to allow judgment to be taken against it by plaintiff, Daniel Ronquille, in the above filed and numbered cause in the amount of Forty Thousand and no/100 ($40,000.00) dollars, inclusive of costs, interest, attorney's fees and any other amount which may be awarded pursuant to statute or rule, all in accordance with Rule 68 of



the Federal Rules of Civil Procedure. This Offer of Judgment is made for the purposes specified in Rule 68 of the Federal Rules of Civil Procedure and is not to be construed as either an admission that any one or all of the before mentioned parties are or may be liable in this action or that Daniel Ronquille has suffered any damages as alleged.

Respectfully Submitted,

SILBERT & GARON, L.L.P.

_____
SCOTT E. SILBERT (12068)
909 Poydras Street, Suite 2130
New Orleans, LA 70112
Telephone: 504-581-6200

Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon all counsel of record by placing same in the U.S. Mail, postage pre-paid this 18th day of July, 2001.

_____