

**MINUTE ENTRY**
**ROBY, M. J.**
**August 29, 2001**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DANIEL RONQUILLE, ET AL** | **CIVIL ACTION** |
| **VERSUS** | **NO:   00-0175** |
| **SCHLUMBERGER TECHNOLOGY CORPORATION** | **SECTION: "J" (4)** |

The undersigned Magistrate Judge was notified that negotiations were successful and a settlement was reached, therefore the Settlement Conference **(doc #42)** scheduled for August 31, 2001, is **Canceled.**

The District Judge's staff has been notified to enter a dismissal with a retention of jurisdiction for settlement enforcement purposes.

KAREN WELLS ROBY
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**Judge** Carl J. Barbier

DATE OF ENTRY
AUG 3 0 2001

Fee ___
Process ___
X Dktd
✓ CtRmDep
Doc. No. ___