FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 OCT 10 PM 2: 10

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DANIEL RONQUILLE and<br>CHRIS RONQUILLE | * <br> * <br> * | CIVIL ACTION <br><br> NO. 00-0175 |
| VERSUS | * <br> * <br> * | <br> SECTION J |
| SCHLUMBERGER TECHNOLOGY<br>CORPORATION F/K/A<br>GECO PRAKLA, INC. | * <br> * <br> * <br> * | <br> MAGISTRATE 4 |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

### JOINT MOTION AND ORDER TO DISMISS WITH PREJUDICE

**NOW INTO COURT**, through undersigned counsel, come plaintiffs, Daniel Ronquille and Chris Ronquille, and defendant, Schlumberger Technology Corporation f/k/a Geoc Prakla, Inc., and upon suggesting to this Honorable Court that all claims set forth within this civil action have been settled, request that the Court enter the Order hereinbelow set forth dismissing this case, with prejudice, each party to bear their own costs.

### ORDER

**WHEREFORE**, considering the foregoing:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that this case and all claims set forth herein be and they hereby are dismissed with prejudice, each party to bear their own costs.

DATE OF ENTRY
OCT 1 5 2001

Fee
Process
X Dktd
CtRmDep
Doc.No.

     **THUS DONE AND SIGNED** in New Orleans, Louisiana, this \_\_17\_\_ day of \_\_October\_\_, 2001.

_____
UNITED STATES DISTRICT COURT JUDGE

**Respectfully submitted,**

| | |
|---|---|
| Windhorst, Gaudry, Ranson, Higgins & Gremillion, L.L.C. | SILBERT & GARON, L.L.P. |
| _____ | _____ |
| Mr. Daryl A. Higgins | Mr. Scott E. Silbert |
| 401 Whitney Avenue, Suite 500 | 909 Poydras Street, Suite 2130 |
| Gretna, LA 70056 | New Orleans, LA 70112 |
| Telephone: (504) 362-2466 | Telephone: (504) 581-6200 |
| | |
| Attorneys for Plaintiffs | Attorneys for Defendant |